IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ZAKEYA STARKS | Case No.: 1:22-cv-00382 |
| Plaintiff, | State Court Case No.: A2201970 (removed from Hamilton County Court of Common Pleas) |
| v. | |
| K.E.L.L.Y YOUTH SERVICES, INC. | **DEFENDANT K.E.L.L.Y YOUTH SERVICES, INC'S NOTICE OF REMOVAL** |
| Defendant | |

\*\*\*\*\*\*\*\*\*\*\*

Defendant K.E.L.L.Y Youth Services, Inc., pursuant to 28 USC §1332, and §1441, hereby gives notice to this Honorable Court and all parties to this action of their removal of this matter, currently pending as Case No. A2201970, in the Hamilton County Court of Common Pleas, Hamilton County, Ohio, to the United States District Court for the Southern District of Ohio, Western Division.  In support of this Notice of Removal, Defendant states as follows:

1. On June 2, 2022, Plaintiff filed a lawsuit in the Hamilton County Court of Common Pleas, styled *Zakeya Starks v. K.E.L.L.Y Youth Services, Inc.*, and it was assigned case number A2201970.

2. The Complaint was served on the Defendant via certified mail and received on June 6, 2022.

3. The Complaint seeks damages on behalf of the Plaintiff under 42 USC §12101 (The Americans with Disabilities Act) and the Family First Corona Virus Relief Act (FFCRA) and Ohio Revised Code §4112.01 (The Ohio Civil Rights Legislation).

4. The Complaint alleges violation of the Federal Statutes over which this court has original jurisdiction and the Ohio Statues on unlawful discriminatory practices over which this court would have supplemental jurisdiction.

5. Jurisdiction is appropriate before this Honorable Court on the basis of federal question and supplemental jurisdiction.

6. The United States District Court for the Southern District of Ohio, Western Division, is the proper federal district court for removal, as Hamilton County, Ohio is within the district. Accordingly, venue is appropriate pursuant to 28 USC §1441 as all actions asserted in Plaintiff's Complaint arise out of Hamilton County, Ohio.

7. Prior to removal the Defendant did not answer the Complaint.

8. Pursuant to 28 USC §1446, a copy of all pleadings and other papers filed in the State Court proceedings is attached as **Exhibit A**.

9. This Notice of Removal will be served on all parties pursuant to 28 USC §1446.

10. This Notice of Removal will be filed with the Hamilton County Clerk of Courts pursuant to 28 USC §1446.

Respectfully submitted,

/s/Patricia J. Trombetta
Patricia J. Trombetta (0005451)
Thomas F. Glassman (0061466)
Bonezzi Switzer Polito & Hupp Co. LPA
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
Phone:  513.345.5503
Fax:  513.345.5510
ptrombetta@bsphlaw.ccom
tglassman@bsphlaw.com
*Attorneys for Defendant K.E.L.L.Y Youth Services, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing was served this 1st day of July, 2022, via email upon the following:

Evan R. McFarland, Esq.
Matthew G. Bruce, Esq.
Brianna R. Carden, Esq.
Spitz Law Firm
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, Ohio 45246
Matthew.bruce@spitzlawfirm
Evan.mcfarland@spitzlawfirm.com
Brianna.carden@spitzlawfirm.com

*Attorneys for Plaintiff*

                                                /s/Patricia J. Trombetta
                                                Patricia J. Trombetta, Esq.