# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ZAKEYA STARKS,<br>*Plaintiff*<br>v.<br>K.E.L.L.Y. YOUTH SERVICES INC.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:22-cv-382<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's motion for summary judgment (Doc. 18) is GRANTED in part; Defendant is GRANTED summary judgment on Counts I through V of the Amended Complaint (Doc. 11); The Court DECLINES to exercise supplemental jurisdiction over Count VI and REMANDS Count VI to the Hamilton County Court of Common Pleas; and this case is TERMINATED upon the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on a motion for summary judgment (Doc. 18).

Date: 1/3/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*